B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MSAA LV Partners, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-8770372 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5299 Alton Pkwy.<br>Suite 216<br>Irvine, CA                                    ZIP Code  92604 | Street Address of Joint Debtor (No. and Street, City, and State):                                   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 60609<br>Irvine, CA                                    ZIP Code  92602 | Mailing Address of Joint Debtor (if different from street address):                                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> MSAA LV Partners, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

             _____
             (Name of landlord that obtained judgment)

             _____
             (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
MSAA LV Partners, LLC

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Talitha Gray Kozlowski, Esq. NV Bar No. 9040
Printed Name of Attorney for Debtor(s)

Garman Turner Gordon LLP
Firm Name

650 White Drive
Suite 100
Las Vegas, NV 89119
Address

725-777-3000
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Zafar Jafri_____
Signature of Authorized Individual

Zafar Jafri
Printed Name of Authorized Individual

Member
Title of Authorized Individual

08-11-15
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  MSAA LV Partners, LLC                                                           Case No.
                                                     Debtor(s)                          Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A&W RESTAURANTS INC<br>McGrathiana Parkway<br>Suite 380<br>Lexington, KY 40511 | A&W RESTAURANTS INC<br>McGrathiana Parkway<br>Suite 380<br>Lexington, KY 40511 | | | 1,799.29 |
| ACE FIRE SYSTEMS, INC.<br>2620 WESTERN AVE<br>LAS VEGAS, NV 89109 | ACE FIRE SYSTEMS, INC.<br>2620 WESTERN AVE<br>LAS VEGAS, NV 89109 | | | 1,744.78 |
| BANK OF AMERICA<br>4192000004433884<br>PO BOX 15796<br>WILMINGTON, DE 19886-5796 | BANK OF AMERICA<br>4192000004433884<br>PO BOX 15796<br>WILMINGTON, DE 19886-5796 | | | 2,615.44 |
| CITY OF LAS VEGAS-SEWER-0411911111<br>DEPT OF FINANCE<br>PO BOX 748022<br>LOS ANGELES, CA 90074-8022 | CITY OF LAS VEGAS-SEWER-0411911111<br>DEPT OF FINANCE<br>PO BOX 748022<br>LOS ANGELES, CA 90074-8022 | | | 1,203.64 |
| CLARK COUNTRY WATER RECLAMATION-18117100 / ACC#7000724<br>5857 E FLAMINGO RD<br>LAS VEGAS, NV 89122 | CLARK COUNTRY WATER RECLAMATION-18117100 / ACC#7000724<br>5857 E FLAMINGO RD<br>LAS VEGAS, NV 89122 | | | 1,260.61 |
| COMMERCIAL EXHAUST CLEANING LLC<br>PO BOX 336322<br>NORTH LAS VEGAS, NV 89033 | COMMERCIAL EXHAUST CLEANING LLC<br>PO BOX 336322<br>NORTH LAS VEGAS, NV 89033 | | | 1,330.00 |
| GREASE GUYS KITCHEN EXHAUST CLEANING<br>9167 RIDGE WOLVES COURT<br>LAS VEGAS, NV 89178 | GREASE GUYS KITCHEN EXHAUST CLEANING<br>9167 RIDGE WOLVES COURT<br>LAS VEGAS, NV 89178 | | | 3,750.00 |
| GREAT ESCAPE LAWN SERVICE<br>1711 LEATHERLEAF DR.<br>LAS VEGAS, NV 89123 | GREAT ESCAPE LAWN SERVICE<br>1711 LEATHERLEAF DR.<br>LAS VEGAS, NV 89123 | | | 1,959.15 |

B4 (Official Form 4) (12/07) - Cont.
In re   MSAA LV Partners, LLC
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LONG JOHN SILVER'S<br>PO BOX 63-7629<br>CINCINNATI, OH 45263-7629 | LONG JOHN SILVER'S<br>PO BOX 63-7629<br>CINCINNATI, OH 45263-7629 | | | 1,463,519.94 |
| MARY BARTSAS LIVING TRUST<br>601 S RANCHO BLVD. #C-23<br>LAS VEGAS, NV 89106 | MARY BARTSAS LIVING TRUST<br>601 S RANCHO BLVD. #C-23<br>LAS VEGAS, NV 89106 | | | 7,000.00 |
| McLane Foodservice, Inc.<br>c/o Eric R. Goodman, Baker & Hostetler<br>PNC Center, 1900 East 9th Street<br>Suite 3200<br>Cleveland, OH 44114-3482 | McLane Foodservice, Inc.<br>c/o Eric R. Goodman, Baker & Hostetler<br>PNC Center, 1900 East 9th Street<br>Cleveland, OH 44114-3482 | | | 10,944.13 |
| NAC ADVERTISING<br>LOCK BOX 3585 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0035 | NAC ADVERTISING<br>LOCK BOX 3585 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0035 | | | 5,404.17 |
| NEVADA LOGOS<br>5278 SOUTH PINEMONT DRIVE<br>SUITE A-150<br>MURRAY, UT 84123 | NEVADA LOGOS<br>5278 SOUTH PINEMONT DRIVE<br>SUITE A-150<br>MURRAY, UT 84123 | | | 5,000.00 |
| NVENERGY - Attn: Yvonne Enos, Legal Dept<br>30001017927200077905<br>121307 - 504171 - 839809<br>PO Box 10100<br>Reno, NV 89520 | Yvonne Enos, Legal Department<br>NVENERGY - 30001017927200077905<br>121307 - 504171 - 839809<br>P.O. Box 10100<br>Reno, NV 89520 | | | 9,403.69 |
| PIPE MAINTENANCE SERVICE, INC.<br>4505 ANDREWS STREET<br>NORTH LAS VEGAS, NV 89081 | PIPE MAINTENANCE SERVICE, INC.<br>4505 ANDREWS STREET<br>NORTH LAS VEGAS, NV 89081 | | | 2,125.00 |
| PRECISION PLUMBING<br>7500 W. LAKE MEAD BLVD SUITE 9-483<br>LAS VEGAS, NV 89128 | PRECISION PLUMBING<br>7500 W. LAKE MEAD BLVD SUITE 9-483<br>LAS VEGAS, NV 89128 | | | 2,216.53 |
| REPUBLIC SERVICES -<br>3-0620-1729052/53<br>3-0620-2738024/25 -<br>3-0620-5708927<br>770 E SAHARE AVE<br>LAS VEGAS, NV 89104-2943 | REPUBLIC SERVICES -<br>3-0620-1729052/53<br>3-0620-2738024/25 - 3-0620-5708927<br>770 E SAHARE AVE<br>LAS VEGAS, NV 89104-2943 | | | 3,765.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   MSAA LV Partners, LLC
              Debtor(s)

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SOUTHERN NEVADA HEALTH DISTRICT FILE 50523 LOS ANGELES, CA 90074-0523 | SOUTHERN NEVADA HEALTH DISTRICT FILE 50523 LOS ANGELES, CA 90074-0523 | | | 3,375.30 |
| SOUTHWEST GAS CORPORATION 211-6486602-00 211-6711299-00 / 211-6789960-00 211-7161945-00 P.O. Box 98890 Las Vegas, NV 89193 | SOUTHWEST GAS CORPORATION 211-6486602-00 211-6711299-00 / 211-6789960-00 211-7161945-00 Las Vegas, NV 89193 | | | 2,970.07 |
| UFPC SMALLWARES CONNECTION 477 SOUTH FRONT STREET COLUMBUS, OH 43215 | UFPC SMALLWARES CONNECTION 477 SOUTH FRONT STREET COLUMBUS, OH 43215 | | | 1,861.04 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   05-11-15                     Signature  _Zafar Jafri_
                                              Zafar Jafri
                                              Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## **CERTIFICATE OF RESOLUTION**

I, the undersigned, a member of MSAA LV Partners, LLC, (the "Company"), do hereby certify that the Company has adopted the following resolutions:

"**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Zafar Jafrey be, and he hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada executing said petition on behalf of the Company; and it is further

**RESOLVED**, that Zafar Jafrey be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED**, that Syed Jafrey or Zafar Jafrey be, and hereby is authorized and directed to employ Heller, Draper, Patrick, Horn & Dabney, L.L.C. as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Syed Jafrey or Zafar Jafrey is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of said attorneys.

**RESOLVED**, that on behalf of the Company, Aesha Jafrey or Zafar Jafri be, and hereby is authorized and directed to employ Garman Turner Gordon LLP as local counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Aesha Jafrey or Zafar Jafri is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Garman Turner Gordon LLP."

**IN WITNESS WHEREFORE**, I have hereunto set my hand on this _11_<sup>th</sup> day of August, 2015.

MSAA LV Partners, LLC

By: _____
Zafar Jafri
Member

## United States Bankruptcy Court
### District of Nevada

In re: MSAA LV Partners, LLC

Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 08-11-15

Zafar Jafri/Member
Signer/Title

MSAA LV Partners, LLC
P.O. Box 60609
Irvine, CA 92602

Douglas S. Draper
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras St.
Suite 2500
New Orleans, LA 70130

A&W RESTAURANTS INC
McGrathiana Parkway
Suite 380
Lexington, KY 40511

ACE FIRE SYSTEMS, INC.
2620 WESTERN AVE
LAS VEGAS, NV 89109

ASSOCIATION OF LJS FRANCHISEES, INC
PO BOX 1749
VERSAILLES, KY 40383-1749

AT&T - 8080-28386-33 / 8080-28386-82
PO BOX 5095
CAROL STREAM, IL 60197-5095

BAKER COMMODITIES, INC.
PO BOX 6518
PHOENIX, AZ 85005

BANK OF AMERICA 4192000004433884
PO BOX 15796
WILMINGTON, DE 19886-5796

BEST OUTDOOR
P.O BOX 6502
LAUREL, MS 39441

CALDERONE INC.
3300 S. DECATUR #10673
LAS VEGAS, NV 89102

CENTURYLINK - 309366890 / 309663787
309722871/310300649/309552087
309763475
P.O. BOX 2961
PHOENIX, AZ 85062-2961

Cheyenne PHD
10450 W. Cheyenne Ave. #130
Las Vegas, NV 89129

```
CITRUS SIGNS
3387 W OQUENDO RD
LAS VEGAS, NV 89118

CITY OF HENDERSON - 430144938
P.O. BOX 95011
HENDERSON, NV 89009-5011

CITY OF LAS VEGAS-SEWER-0411911111
DEPT OF FINANCE
PO BOX 748022
LOS ANGELES, CA 90074-8022

CLARK COUNTRY WATER RECLAMATION-
18117100 / ACC#7000724
5857 E FLAMINGO RD
LAS VEGAS, NV 89122

CLARK COUNTY ASSESSOR
500 S GRAND CENTRAL PKWAY
2ND FLOOR
LAS VEGAS, NV 89155-1401

Clark County Assessor c/o Bkcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWAY
1ST FLOOR
LAS VEGAS, NV 89155-1220

Clark County Treasurer c/o Bkcy. Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

COMMERCIAL EXHAUST CLEANING LLC
PO BOX 336322
NORTH LAS VEGAS, NV 89033

Denice Nevada
Properties, LLC
4640 Meritage Ct.
Gilroy, CA 95020

Department of Employment
Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713
```

EAST WEST REFRIGERATION
6440 SKY POINT DRIVE SUITE 140
BOX 337
LAS VEGAS, NV 89131

ECOLAB PEST ELIM. DIV.
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

GE Capital c/o Mark Flamm, VP
500 West Monroe
Chicago, IL 60661

GE Entities c/o Scott M. Esterbrook
Reed Smith LLP
Three Logan Square, 1717 Arch Street
Suite 3100
Philadelphia, PA 19103

Gerald M. Gordon
Garman Turner Gordon LLP
650 White Drive, Suite 100
Las Vegas, NV 89119

GOLD MEDAL SERVICE
5150 S. DECATUR BLVD.
LAS VEGAS, NV 89118

GREASE GUYS KITCHEN EXHAUST CLEANING
9167 RIDGE WOLVES COURT
LAS VEGAS, NV 89178

GREAT ESCAPE LAWN SERVICE
1711 LEATHERLEAF DR.
LAS VEGAS, NV 89123

HANDYMAN XPRESS LLC
6470 SPENCER ST #115
LAS VEGAS, NV 89119

HM ELECTRONICS, INC.
14110 STOWE DRIVE
POWAY, CA 92064

HUGHES NETWORK SYSTEMS, LLC
PO BOX 96874
CHICAGO, IL 60693-6874

INPROCESS, INC.
1727 VETERAN'S MEMORIAL HWY
ISLANDIA, NY 11749

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LAS VEGAS ADVENTURE, LLC
3065 SOUTH JONES BLVD STE 201
LAS VEGAS, NV 89146

LAS VEGAS VALLEY WATER - 0977442962-6
5675042962-5 / 9877442962-9
1001 S. Valley View Blvd.
Las Vegas, NV 89153

LONG JOHN SILVER'S
PO BOX 63-7629
CINCINNATI, OH 45263-7629

Mark Friedman, DLA Piper, LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

MARY BARTSAS LIVING TRUST
601 S RANCHO BLVD. #C-23
LAS VEGAS, NV 89106

McLane Foodservice, Inc.
c/o Eric R. Goodman, Baker & Hostetler
PNC Center, 1900 East 9th Street
Suite 3200
Cleveland, OH 44114-3482

MERCADITO NEWSPAPER
1200 S. EASTERN AVE #120
LAS VEGAS, NV 89104

NAC ADVERTISING
LOCK BOX 3585 RELIABLE PARKWAY
CHICAGO, IL 60686-0035

NATIONAL A&W FRANCHISEES ASSOC.
1648 MCGRATHIANA PARKWAY STE 380
LEXINGTON, KY 40511

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE115
CARSON CITY, NV 89706-7937

Nevada Dept. of Taxation Bankr. Sec.
555 E. Washigton Ave., #1300
Las Vegas, NV 89101

NEVADA LOGOS
5278 SOUTH PINEMONT DRIVE
SUITE A-150
MURRAY, UT 84123

Nevada's Attorney General's Office
Grant Sawyer Building
5555 E. Washington Avenue
Suite 3900
Las Vegas, NV 89101

NUCO2
P.O. BOX 417902
BOSTON, MA 02241-7902

NVENERGY - Attn: Yvonne Enos, Legal Dept
3000101792720077905
121307 - 504171 - 839809
PO Box 10100
Reno, NV 89520

PATRICK'S SIGNS
5115 S. ARVILLE ST.
LAS VEGAS, NV 89118

PEDRO CALDERON
4287 TWILIGHT ST.
LAS VEGAS, NV 89122

PEPSI
PO BOX 75948
CHICAGO, IL 60675-5948

PIPE MAINTENANCE SERVICE, INC.
4505 ANDREWS STREET
NORTH LAS VEGAS, NV 89081

PRECISION PLUMBING
7500 W. LAKE MEAD BLVD SUITE 9-483
LAS VEGAS, NV 89128

REPUBLIC SERVICES - 3-0620-1729052/53
3-0620-2738024/25 - 3-0620-5708927
770 E SAHARE AVE
LAS VEGAS, NV 89104-2943

RESTAURANT SUPPLY CHAIN SOLUTIONS
PO BOX 32033
LOUISVILLE, KY 40232

SMDR Properties
4541 Comstock Rd
Hollister, CA 95023

Social Security Administration
Office of Regional Chief Counsel
Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

```
SOUTH CENTRAL A\V
PO BOX 633504
CINCINNATI, OH 45263-3504

SOUTHERN NEVADA HEALTH DISTRICT
FILE 50523
LOS ANGELES, CA 90074-0523

SOUTHWEST AIR COND. SERVICE
3030 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89102

SOUTHWEST GAS CORPORATION 211-6486602-00
211-6711299-00 / 211-6789960-00
211-7161945-00
P.O. Box 98890
Las Vegas, NV 89193

TEETER TOTAL SERVICES
PO BOX 33686
LAS VEGAS, NV 89133-3686

Thorndike Properties
PO Box 801174
Kansas City, MO 64180-1174

TOLT SOLUTIONS, INC
3550 RUTHERFORD RD.
TAYLORS, SC 29687

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURG, PA 15250-7967

UFPC SMALLWARES CONNECTION
477 SOUTH FRONT STREET
COLUMBUS, OH 43215

United States Attorney's Office
Attn: Civl Process Clerk
333 Las Vegas Blvd., South
Suite 5000
Las Vegas, NV 89101

United States Attorney's Office
District of Nevada
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101
```

UPS
P.O. BOX 894820
LOS ANGELES, CA 90189-4820

VORTEX INDUSTRIES, INC.
FILE 1095
1801 W. OLYMPIC BLVD
PASADENA, CA 91199-1095

Weingarten Nostat, Inc.
PO Box 301263
Dallas, TX 77216-1692

ZIMMERLY & CO., INC.
PO BOX 540907
DALLAS, TX 75354