GARMAN TURNER GORDON LLP
GERALD M. GORDON, ESQ.
NV Bar No. 229
E-mail: ggordon@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
NV Bar No. 9040
E-mail: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
NV Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112

HELLER, DRAPER, PATRICK, HORN, &
DABNEY, L.L.C.
DOUGLAS S. DRAPER, ESQ.
LA Bar No. 5073*
E-mail: ddraper@hellerdraper.com
LESLIE A. COLLINS, ESQ.
LA Bar No. 14891*
E-mail: lcollins@hellerdraper.com
GRETA M. BROUPHY, ESQ.
LA Bar No. 26216*
E-mail: gbrouphy@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
*pro hac vice application pending

*Proposed Attorneys for Debtors*

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| MSAA LV PARTNERS, LLC. | **BK-S-15-14589-abl** |
| ☐ Affects this Debtor. | Chapter 11 |
| ☒ Affects ALL DEBTORS | JOINT ADMINISTRATION REQUESTED |
| ☐ Affects MSAA HOLDINGS, LLC | BK-S-15-14600-abl |
| ☐ Affects MSAA PA PARTNERS, LLC | BK-S-15-14599-abl |
| ☐ Affects MSAA PARTNERS, LLC | BK-S-15-14598-abl |
| | Date: OST Pending<br>Time: OST Pending |

**ERRATA TO THE EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 361, 362 AND 363 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL RULE 4001: (1) AUTHORIZING USEOF CASH COLLATERAL; (2) GRANTING ADEQUATE PROTECTION; (3) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE FOR A FINAL ORDER; AND (4) FOR RELATED RELIEF**

MSAA LV Partners, LLC *et al.*,[1] debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this errata to their Cash

---

[1] MSAA LV Partners, LLC, MSAA Holdings, LLC, MSAA PA Partners, LLC, MSAA Partners, LLC have sought concurrently herewith, the joint administration of the above-captioned debtors.

Collateral Motion [ECF No. 10] in order to replace the incorrectly filed budget that is attached to the Cash Collateral Motion as Exhibit 1 with the budget that is attached hereto as Exhibit 1.  For the avoidance of doubt, the budget attached hereto as Exhibit 1 is the correct budget.

DATED this 13th day of August, 2015.

GARMAN TURNER GORDON LLP

By:  _/s/ Talitha Gray Kozlowski_
    GERALD M. GORDON, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARK M. WEISENMILLER, ESQ.
    650 White Drive, Suite 100
    Las Vegas, NV 89119

and

HELLER, DRAPER, PATRICK, HORN
  & DABNEY, L.L.C.
DOUGLAS S. DRAPER, ESQ.
LESLIE A. COLLINS ESQ.
GRETA M. BROUPHY, ESQ.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

_Proposed Attorneys for Debtors_